IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JONATHAN DAVID BROWN, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:14cv00571 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| REBECCA J. CARBAUGH, | ) | By: Norman K. Moon |
|     Defendant. | ) | United States District Judge |

Jonathan D. Brown, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against Rebecca J. Carbaugh. To state a cause of action under § 1983, a plaintiff must allege facts indicating that he has been deprived of rights guaranteed by the Constitution or laws of the United States and that this deprivation resulted from conduct committed by a person acting under color of state law. *West v. Atkins*, 487 U.S. 42 (1988). However, Brown alleges no facts against, or conduct committed by, defendant Carbaugh. Therefore, I conclude that Brown has failed to state a claim under § 1983 against Carbaugh and will dismiss this action without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

    **ENTER**: This 8th day of January, 2015.

                                                      /s/ Norman K. Moon
                                                      NORMAN K. MOON
                                                      UNITED STATES DISTRICT JUDGE